(INND Rev. 8/16)

page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

- FILED -
JUL 27 2020
ROBERT N. TRGOVICH, Clerk M
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type)]

WilliAM L. TyleR AKA BeRRy TyleR
[You are the PLAINTIFF, print your full name on this line.]

v.

PAul STANley / TReATMeNT TeAM / SuPRovicing STAFF
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 1:20CV269
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] PAul STANley & STAFF TReATMeNT TeAM SuPRovicing RichMoND STATe HospiTAl | |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? ?

2. What is the name and address of your prison or jail? RichMoND STATe HospiTAl 498 N.W. 18TH ST RichMoND IN. 47374

3. Did the event you are suing about happen there? ☑ Yes. ☐ No, it happened at: _____

4. On what date did this event occur? 6/16/2020 To CuRReNT

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
    DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
    DO NOT: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [The first paragraph has been numbered for you.]

1. (A) ON 6/16/2020 I STATED TO STAFF THAT I MADE A FICTIOUS NAME CLAIM FOR THE NAME WILLIAM R TYLER (B) STATED THAT IV TURNED IN MY SOCIAL SECURITY CARD AND CLOSED THE QLL TRUST ACCOUNT LINKED TO #~~~~~~ (C) I WILLIAM ROBERT TYLER HAVE MADE MYSELF SOVEREIGN IN A SOVEREIGN STATE WHICH THE DO NOT HONOR OR THE COURTS FOR SOME REASON (D) FORST TO SIGN MY NAME TO DOCUMENTS WHEN I DO NOT WISH TO CONTRACT

2. Paul Stanley Does not Honor or seems to care about the law or the legal things IV Done. I'm unable to work to support myself and pay my federal fileing fees to get the suits going in court

3. While I'm in Paul Stanleys custody at the state hospital; which I shouldn't be they do not give me the proper diet

4. My Damages would be not being able to take care of my work or people I'm supposed to or contracts that I had which LSPP took

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

I would like to be rewarded 985 million dollars and title to the hospital so I can make inprovments on its grounds plus care of residence. So patients have more two due. Im on no medications because I do not need them Im not crazy; The workers treat everyone like thier retards when I have already been told my legal knowledge is above most and I file tort claims and lawsuits prosay but Im retarted"

All they are doing here is getting money from the state in return is stealing from the feds another fictious intity since right exist between two moral beings. But yet some of these people need to be here because they couldn't handle it in the world I do not have a contract; social security number Im a free man of the land; Nor do I want anything to do with this corupt society since Iv claimed my God given and constitutional rights let me be and pay me for my time and lost wages marketing and doing construction as a laborer and fliping houses damages of 980 billion dollars.

5) I cant even get a cup of ice to have cold water

5. When did this event happen?
   - ◯ Before I was confined.
   - ☒ While I was confined awaiting trial.
   - ◯ After I was convicted while confined serving the sentence.
   - ◯ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ☒ No.
   - ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ☒ No, this event did not happen in a prison or jail.
   - ◯ No, this event is not grievable at the prison or jail where it occurred.
   - ◯ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ◯ Yes, this event was grievable, but I did not file a grievance because **I'M NOT IN A JAIL BUT I FILED GRIEVENCES BUT HAVE NOT RECIEVED RESPONCES**

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   **PAY ME RELEASE ME AND TO MAKE THEM HONOR THE CONSTITUTION AND PEOPLES RIGHTS**

[*Initial Each Statement*]

**WRT** I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
**WRT** I will keep a copy of this complaint for my records.
**WRT** I will promptly notify the court of any change of address.
**WRT** I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on ____/____/20____ at _____ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____        _____
Signature                                                                            Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Berry Tyler
45 N. 18TH ST 2
Richmond, IN.
47374    B

United States Federal Clerk
Fort Wayne Division
1300 S. Harrison Street
Fort Wayne, IN. 46802

46802-34350

INDIANAPOLIS IN 460
23 JUL 2020



02 1P
0000885731
MAILED FROM ZIP CODE 47374
$ 000.50⁰
JUL 23 2020
PITNEY BOWES
UNITED STATES POSTAGE