UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| WILLIAM R. TYLER, a/k/a BERRY TYLER, <br><br> Plaintiff, <br><br> v. <br><br> PAUL STANLEY, <br><br> Defendant. | CAUSE NO. 1:20-CV-269-WCL-SLC |

ORDER

William R. Tyler, a/k/a Berry Tyler, a prisoner without a lawyer, filed an unsigned complaint in this court based on events which occurred at the Richmond State Hospital where he is currently housed. The Richmond State Hospital is located within the geographic boundaries of the United States District Court for the Southern District of Indiana. It is unclear why he filed the case in this court, but it is clear it could have been filed in the Southern District and should be litigated there.

For these reasons, pursuant to 28 U.S.C. § 1404(a), this case is TRANSFERRED to the United States District Court for the Southern District of Indiana.

SO ORDERED on July 29, 2020.

s/William C. Lee
JUDGE WILLIAM C. LEE
UNITED STATES DISTRICT COURT